FirmName1_1, FirmLegalStatus1_1

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

10

11  HENRY SANCHEZ,                          Case No. 2:12-cv-02659-JAM-EFB
                                            Assigned to the Honorable John A. Mendez
12             Plaintiff,
                                            **ORDER GRANTING STIPULATION TO**
13  v.                                      **EXTEND TIME TO RESPOND TO**
                                            **PLAINTIFF'S COMPLAINT**
14  BANK OF AMERICA, NATIONAL
    ASSOCIATION; and DOES 1 through 100,    Complaint Served:  October 12, 2012
15  inclusive,                              Current Response Date:  November 2, 2012
                                            New Response Date:  November 16, 2012
16             Defendants.
                                            Complaint Filed:  October 9, 2012
17                                          Trial Date:         None

18

19       THIS CAUSE is before the Court upon the stipulation by and between plaintiff Henry Sanchez

20  (**plaintiff**) and defendant Bank of America, N.A. (**BANA**) to extend time to respond to the complaint

21  by fourteen (14) days.

22       GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

23       1.     Bank of America, N.A. shall have up to and until November 16, 2012 to file its

24  response to plaintiff's complaint;

25       **IT IS SO ORDERED.**

26  Dated: 10/31/2012

27                                          /s/ John A. Mendez_____
                                            Hon. John A. Mendez
28                                          United States District Court Judge

{25366290;1}