UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| HENRY SANCHEZ,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:12-cv-02659-JAM-EFB<br>Assigned to the Honorable John A. Mendez<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Served:  October 12, 2012<br>Current Response Date:  November 2, 2012<br>New Response Date:  November 16, 2012<br><br>Complaint Filed:  October 9, 2012<br>Trial Date:      None |

THIS CAUSE is before the Court upon the stipulation by and between plaintiff Henry Sanchez (**plaintiff**) and defendant Bank of America, N.A. (**BANA**) to extend time to respond to the complaint by fourteen (14) days.

GOOD CAUSE APPEARING, the Court approves the Stipulation and orders as follows:

1.      Bank of America, N.A. shall have up to and until November 16, 2012 to file its response to plaintiff's complaint;

**IT IS SO ORDERED.**

Dated: 10/31/2012

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

FirmName1_1, FirmLegalStatus1_1