UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY SANCHEZ,

        Plaintiff,

   v.

BANK OF AMERICA, N.A.,

        Defendant.

No. 2:12-cv-2659-EFB

ORDER RE SETTLEMENT & DISPOSITION

Pursuant to the representations of counsel for defendant, the above-captioned case has settled. *See* ECF No. 18.

The court now orders that dispositional documents are to be filed not later than forty-five (45) days from the date of this order.

All hearing dates set in this matter are VACATED and the pending motion to dismiss, ECF No. 10, is denied without prejudice.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: August 12, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE